## INTERSTATE NAT. BANK v. PUMROY, *Sheriff.*

No. 3425.   Opinion Filed December 22, 1914.

(145 Pac. 416.)

**TAXATION—Tax Lien—Priorities—Chattel Mortgages.** A lien for taxes upon the property of the tax debtor is inferior to that of a chattel mortgage lien antedating the time the tax lien attaches.

(Syllabus by the Court.)

*Error from County Court, Pawnee County;*

*G. T. Graves, Judge.*

Action by the Interstate National Bank, a corporation, against C. I. Pumroy, as sheriff of Pawnee county. Judgment for defendant and plaintiff brings error. Reversed and remanded.

*H. B. Martin, Chas. E. Bush,* and *Jno. Y. Murry, Jr.,* for plaintiff in error.

*Redmond S. Cole,* County Atty., for defendant in error.

KANE, C. J.  The only question of any substance involved herein has been recently decided by this court favorable to the contention of plaintiff in error in *Fidelity Trust Co. v. C. I. Pumroy, ante,* 145 Pac. 1052, as sheriff of Pawnee county, wherein it was held:

"A lien for taxes upon the property of the tax debtor is inferior to that of a chattel mortgage lien antedating the time the tax lien attaches."

Upon the authority of that case the judgment of the court below must be reversed and rendered.

All the Justices concur.